
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 24 2005

GREGORY C. LANGHAM
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01512-OES

C. ELI-JAH HAKEEM MUHAMMAD, a.k.a. CHRISTOPHER MITCHELL,

Plaintiff,

v.

R. WILEY, ADX-WARDEN, et al.,

Defendant.

## ORDER

On August 16, 2005, Plaintiff submitted to the Court four separate documents titled, Prisoner Complaint, Declaration in Support of Plaintiff's Motion for a Temporary Restraining Order, Memorandum of Law in Support of Motion for a Temporary Restraining Order and Protective Order, Order to Show Cause and Temporary Restraining Order each captioned with three case numbers, including Case Nos. 05-cv-01473-OES, 05-cv-01512-OES, and 05-cv-01513-OES. The documents will not be accepted by the Court for the following reasons.

First, Plaintiff has failed to provide original documents for each of the three identified cases. Nonetheless, even if the Court were to consider the original documents sufficient, the filing of such documents is inappropriate as the cases are not consolidated cases. Plaintiff is to refrain from filing a single document that is captioned with multiple civil action numbers and is instructed to file in a court action only that which pertains to the action.

In the instant action, on August 9, 2005, Plaintiff was directed to cure deficiencies and submit to the Court a 28 U.S.C. § 1915 Motion and Affidavit and a Prisoner Complaint. Plaintiff did submit a Motion and Affidavit on August 16, but again he has referenced to both Case No. 05-01512-OES and Case No. 05-01513-OES in the caption and has provided only one copy. The Motion and Affidavit will be returned to Plaintiff so that he may correct the caption and resubmit. Also, Plaintiff is to refrain from filing any documents other than a Prisoner Complaint form in the instant action.

Plaintiff should note that he has until September 9, 2005, to cure the deficiencies in the instant case as noted in the Court's August 9, 2005 Order. If he fails to comply by September 9, the Complaint and action will be dismissed without further notice.

The Court also notes that Plaintiff continues to submit documents to the Court that identify his name as other than C. Eli-Jah Hakeem Muhammad, a.k.a. Christopher Mitchell. Plaintiff is directed to use the same name on each of his filings with the Court. Accordingly, it is

ORDERED that the Clerk of the Court is directed to return to Plaintiff the above noted documents. It is

FURTHER ORDERED that Plaintiff is to refrain from filing any documents other than a Prisoner Complaint form and a 28 U.S.C. § Motion and Affidavit, as he was instructed to file in the Court's August 9, 2005 Order to Cure Deficiencies. It is

FURTHER ORDERED that Plaintiff has until September 9, 2005, to cure deficiencies. If he fails to cure the Complaint and action will be dismissed without further notice. It is

2

FURTHER ORDERED that Plaintiff is to use the same name on each of the filings he submits to the Court, which is C. Eli-Jah Hakeem Muhammad, a.k.a Christopher Mitchell.

DATED at Denver, Colorado, this 24 day of August, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01512-OES

C. Elijah Hakeem Muhammad
aka Christopher Hijrah Mitchell
Reg. No. 02791-088
ADX-Florence
P.O. BOX 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/24/05 . **(Plaintiff documents received by this court on August 16, 2005 were mailed with previous order in case 05-cv-01513-OES)**

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk